UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ROSA HERNANDEZ,**

　Plaintiff,

v.　　　　　　　　　　　　　　　　　　No. 4:23-cv-0390-P

**WAL-MART STORES TEXAS, LLC,**

　Defendant.

# FINAL JUDGMENT

This Judgment is issued as required by Federal Rule of Civil Procedure 58. In accordance with the Parties' Joint Stipulation of Dismissal (ECF No. 26) this case is **DISMISSED with prejudice.** Each party shall bear its own costs and attorney's fees.

The Clerk is **INSTRUCTED** to transmit a true copy of this Judgment to the Parties.

**SO ORDERED** on this **29th day of February 2024.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE